

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS

ATTORNEY GENERAL

Honorable Bascom Giles, Commissioner
General Land Office
Austin, Texas

Dear Sir:
Opinion No. O-5900
Re: Construction of Right-of-
way Deed

We acknowledge receipt of your letter of February 26, 1944 in which you submit an instrument entitled Right-of-way Deed. Your inquiry is "Does this Right of Way Deed convey the fee title, including the minerals, to the State or is it only an Easement?"

Omitting the acknowledgment, the instrument reads as follows:

"RIGHT-OF-WAY DEED

"STATE OF TEXAS

County of Dallas

KNOW ALL MEN BY THESE PRESENTS:

"THAT Southwestern Life Insurance Co., a Corporation, of the County of Dallas, State of Texas, for and in consideration of the sum of One DOLLARS, to it in hand paid by the State of Texas, acting by and through the State Highway Commission, receipt of which is hereby acknowledged, have this day sold, and do by these presents grant, bargain, sell and convey unto the State of Texas, all that certain tract or parcel of land, situated in the County of Pecos, State of Texas, and being a part of Survey 75, Block O. W., T. & M. Ry. Co., conveyed by W. W. Batchler et ux to Southwestern Life Insurance Co. by deed dated the 17 day of January 1928, and recorded in Volume 55 Page 476 of Deed Records of Pecos County, Texas; said tract or parcel of land herein conveyed, being subject to:

Honorable Bascom Giles, Commissioner - Page 2

"(Important Note:  If no liens, leases or easements exist, insert the word 'None.')

lien(s) held by None, easement(s) held by None lease(s) held by Superior Oil Corporation  Tulsa, Okla., and being more particularly described as follows, to-wit:

"A part of Section 75 in Block O-W, T. & M. Ry. Co., Pecos County.

"Being a strip of land along and adjacent to the center line of U. S. Highway 285, 5782 Ft. long, 120 Ft. wide, 60 Ft. each side of said center line from Sta. 646/00 to 703/82.

"Said center line is described as follows, to-wit:

"Beginning at a point in the East line of south-western Life Insurance Co. property, same being East line of said tract and is Sta. 646/00 and is 575 Ft. North of the Southeast corner of said Survey;

"Thence N. 57°31' W., 5782 Ft. to a point in the West property line of Southwestern Life Insurance Co., same being West line this tract and Sta. 703/82 and is 2015 Ft. South of the North west corner of said Survey;

"Said strip of land containing 15.928 acres of land more or less.

"TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereto in any wise belonging, unto the said State of Texas and its assigns.

"The undersigned grantor herein for the same consideration hereby specially agrees that the consideration above recited includes adequate and complete compensation for any and all damages, present or future, that may be done to the remainder of the tract above referred to and in consideration of the premises and the payment to it of the sum of money above acknowledged, said Co. hereby release the State of Texas from any and all damages, if any, present or future, that may be done to the remainder of its said tract of land by virtue of the construction and maintenance of the new proposed Highway No.

U. S. 285 or by virtue of any drainage in connection therewith or by virtue of any operations of any nature in connection with said road and its appurtenances.

"And it is further agreed that Pecos County in consideration of the benefits above set out, will remove from the property above described such fences, buildings and other obstructions as may be found upon said premises.

"Witness its hand, this the 6th day of October, A. D. 1941.

Attest:                          SOUTHWESTERN LIFE INSURANCE CO

(Signed) H. S. Craig
   Ass't Secretary.          By (Signed) T. L. Bradford, Jr.
                                       Vice President."

Article 6674n, Vernon's Annotated Civil Statutes, authorizes the acquisition of rights of way for State Highway purposes by condemnation or purchase. Lands for this purpose may be condemned by the County Commissioners Court of the County in which the land is situated, or if it should fail or refuse, by the State Highway Commissioner. In the event of condemnation the right acquired by the State "shall not be so construed as to include the fee simple estate." Article 3270, V. A. C. S. However, the statute does not limit the right which the State of Texas may acquire by purchase.

It is our opinion that the instrument above quoted is a deed which conveys to the State of Texas all of the right, title and interest which the Southwestern Life Insurance Co. had in the property described therein at the time the deed was executed.

Trusting that the foregoing answers your inquiry, we are,

                              Yours very truly

                              ATTORNEY GENERAL OF TEXAS

ATTORNEY GENERAL OF TEXAS           By Fagan Dickson
                                       Fagan Dickson
                                       Assistant

FD/pw

APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN